UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOUADIO KOUASSI,<br><br>                    Plaintiff,<br><br>-against-<br><br>FORMER U.S. AND IVORY COAST GOVERNMENT SINCE 1988 (CHIEF),<br><br>                    Defendants. | 15 Civ. 3672 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Kouassi's letter filed August 13, 2021, (dkt. no. 8), talking about coincidences in certain dates, his desire to change the name on a deed to property on Broadway, his financial woes, his desire that the Court assist him in becoming President of the Ivory Coast, and for a "recommendation number from [the Court] to go back in USA to get surgeries to remove all stranger stuff inside [him.]"

    The case reflected in the docket number under which Mr. Kouassi writes was dismissed some six years ago as frivolous and is closed.  Accordingly, the Court is without power to take action on Mr. Kouassi's letter.

    In addition, in light of the seeming lack of legal basis for the current letter, Mr. Kouassi shall show cause in writing no later than September 16, 2021 why he should not be prohibited

1

from further filings without leave of Court unless the filing is addressed to the Court of Appeals.

    **SO ORDERED.**

Dated:    New York, New York
           August 16, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge