docket N°:
15 CV 3672

## Motion of Reconsideration

Honorable

I would like to write you this letter to accept my motion of reconsideration. I have the final evidence to show you. My motion is about our unique century and year (1900) in the world based on a traditional math form, processing.

Not only has Plaintiff failed to identify any matters or controlling decisions overlooked by the Court, but Plaintiff's motion is also procedurally deficient.  See Local Civ. R. 6.3.  Accordingly, the motion for reconsideration, (dkt. no. 10), is denied.  SO ORDERED.

Date:  08/20/24

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

Address:
Kouadio Kouassi
P. O Box 10 BP 1291 Abidjan 10
Côte d'Ivoire.
Email : kouassik571@gmail.com
Cell phone : 225 05 76 16 50 60
             225 07 48 81 77 80

Plaintiff :                    Deffandant
Kouadio Kouassi  VS former USA GOV
                and Côte d'Ivoire GOV
Plaintiff sueing for 250.000.000 USD
          Docket number : 15 cv 3672

This appeal is as follow : the reason why my intentions are observed by satellite all over in the world is because our traditional culture and relationships to be kept.
There is only one and unique century and year 1900.
It's defined on our traditional math form : $6x+2y+3= 0$
There fore : $6x+5y$
$F(x)= 6 - 1= 5 - 1= 4 = 51/4 = 12.75$
$F(y)= 5 - 1 =4- 1 = 3 = 41/3 = 13.66$
We substrat    13. 66
              - 12.75
               ------
             =  0 9 1 or 0091

-        +       -      +
19    00= 1900   19   00=1900


0 9 1            0 0 9 1

President Donald Trump sent me in côte d'Ivoire and social security administration said that, I got deported and from that point I can't get social security benefits for retirement.
I applyied for early retirement. Also the american televisions money the pay me into my social account
I figured out my social security number saying that i'am supposed to be president by interim for three years in cote d'Ivoire, started from 2023 to 2025.
They didn't serve me to be president.
My father got two legals marriages for proof of evidence based on sport because sport is very litigious like two wives in the house is litigious.
The African cup of nations supposed to be played for every two years started from 1957.
Games supposed to be played in 1961, they didn't play but they played in 1962 and they following year in 1963.
Last games supposed to be played in 2023 they switched over to 2024 and they will play again next year 2025
for proof of evidence since 1962 and 1963 games.
The proof of evidence goes in relationship with the math form I have on the top.
$6x+5y$, we débit x and y to get 65 and i will be 65 years old in 2025.
I decided to appeal for malpractice.
I need a recommendation letter to get a visa and plane ticket to go back in USA for surgeries.

Because of political conflicts, between cote d'Ivoire regime and me, you can send me the response at my friend house and he will let me know.
It's : 83 somers street Brooklyn N, Y 11233 appartement PH MR GEORGE EBY

This is the political demonstration who verify my social security number was use to explain my presidency by interim in cote d'Ivoire. (081 74 2167 is my account number)



0 + 8 + 1     7 + 4     2 +1 + 6 + 7

= 9     = 11     = 16

= I     = K.     = P

= interim     = Kouassi =   President

Since increase and decrease the fixcal is in what consist the duties of the president's, my social security number was use especially to mean I'am supposed to be president by interim in cote d'Ivoire for 3 years flat.

I don't know, if it's because my intentions are observing by satellite all over in the world doesn't mean sense, the former movies star was using my intentions with television technology to realize movies to make fortune and also my situation has been turned over for incest, for them to have more time to slave me with no pay.

For that reason, on 1983 usa congress passed by legislation to extend the retirement age at 67 years old just, for accusation.

Based on that points: if our traditional celebration will not respect in 2025 like the intelligence said, I will sue for malpractice president Ronald Reagan, president George H. W Bush, President Houphouet Bobigny, president Donald Trump, president Alassane ouattra for 250 million of USA dollars.

President Donald Trump and alassane ouattra are in this case because, they organized my deportation like it's supposed to be based on the new retirement age at 67 years old specifically applied to me.

First count : sticker in my brain and nose surgeries for torture, (50.000.000 USD) fifty million of USA dollars.

Second count : sticker in my chest to block my respiratory, surgery for torture,
(50.000.000 USD) fifty million of USA dollars,

Thrid count : sticker in estomac, surgery to push my privacy out for humiliation.
(50.000.000 USD) fifty million of USA dollars.

Fourth count : sticker in my sex and testicle to push out my superm and my urinary area, surgeries for humiliation.
(50.000.000 USD) fifty million of USA dollars.

Fifth count : stickers in both feet, femurs, surgeries for torture. (50.000.000 USD) fifty million of USA dollars.

For a total cost of (250. 000.000 USD).

Two hundred fifty million of USA dollars for malpractice for damages to be paid to me.

This is the math demonstration, between the form 6x+2y+3= 0 who define the USA retirement age at 66 years old and the geometric angle of 90 degrees and also the first and former president of ivory coast excellence Félix Houphouet Bobigny birthday and my birthday who goes in relationship with the math form to define the geometric angle of 90 degrees.
It's as follow : 6x+2y+3= 0
Therefore,     6x+5y
F(x) = 6x-1=5-1= 4 = 51/4 = 12.75
F(y) = 5y-1=4-1= 3 = 41/3 = 13.66 and 66 was chosen for USA courrent retirement age and 6x+5y for retirement age by remove x and y to get 65.
            12 - 13 = - 1

F(x) = lim3
F(x) = - ∞ lim3 U lim3 + ∞



F(x) = 18x  Houphouet Bobigny birthday
F(x) = 18x - 2x
F(x) = 16/2 my birthday and month
F(x) = 1/8  we count eight time half
F(x) =  4   to get 4 based on 4 portions
  X =. 1/4 and we express at 1/4
My question is that : I can't understand why USA retirement age was extended at age 67 and specially will bigining with people born on 1960 like me.
I don't know if its for evidence or boycotting.
I BELIEVE That : usa presidents never done after age 66

**President ronald reagan became president at age 69 and done at age 77.(problem started from there)**

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the **SECOND CIRCUIT**

**KOUADIO KOUASSI**
*Plaintiff/Petitioner*

v.

**FORMER USA GOV, Côte d'Ivoire Gov**
*Defendant/Respondent*

**MOTION FOR Appeal Reconsideration**

Civil Action No. **15 CV 3672**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

**I am not working, I leave with my parents**

My gross pay or wages are: $ **00**, and my take-home pay or wages are: $ **00** per
(specify pay period) **00**.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends               ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments        ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments       ☐ Yes   ☒ No
(e) Gifts, or inheritances                              ☐ Yes   ☒ No
(f) Any other sources                                   ☐ Yes   ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 5,000 dollars.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

NO

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

NO

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NO

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

NO

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 08-16-2024

Kouadio Kouassi
_____
Applicant's signature

Kouadio Kouassi
_____
Printed name

P7

VOLET N°1                                                N° 54

## DECLARATION DE MARIAGE (à remettre aux intéressés)

REPUBLIQUE DE COTE D'IVOIRE

Cercle des Lagunes
Subdivision de : Commune d'Abidjan
Centre de : PORT-BOUET
Je, soussigné, OUEDRAOGO BONIFACE Tiémoko
Fonction, Délégué de Port-Bouet
Certifie avoir reçu la déclaration de mariage de :
Nom du mari : KONAN KOUASSI François
Filiation ... { Nom du père : KOUASSI KONAN
              { Nom de la mère: KOFFI N'Guessan

Domicile : Nouveau Koumassi
Nom de la femme : N'DAH EKOURA
Filiation... { Nom du père : N'DAH KOUAKOU
             { Nom de la mère: ASSOUROU AMAH

Domicile : Nouveau Koumassi
Célébré à : Port-Bouet
Témoins :  1° INGUIO Joseph
           2° KOUADJO Kouamé
           3° AWRE Félix

Coutume : Bàoulé
Dot : VINGT MILLE Francs versés au père de la fille
Dispositions spéciales : aucune
Nom et domicile des déclarants : KONAN KOUASSI François et N'DAH
   EKOURA, à Nouveau Koumassi
Date de mariage : Huit Février mil neuf cent soixante
Date de la déclaration : Huit Février mil neuf cent soixante.

Signature de l'agent         Signature de            Signature du
chargé de l'état civil       l'interprète            déclarant :

Illisible:                   Illisible



MAIRIE D'ABIDJAN
BUREAUX ANNEXES DE PORT-BOUET
POUR COPIE CONFORME A L'ORIGINAL
ABIDJAN, 24 Novembre 1961
Le Maire,
Le Délégué

TRIBUNAL DU 1er DEGRE
d' ABIDJAN

COMPOSITION
Président :
CYRILLE POLNEAU
Ier Assesseur :
AKRE HENRI
2° Assesseur :
AIZAN PASCAL
Secrétaire :
AMERI MAURICE
Interprète :
DABA ABOA PIERRE

Jugement N° 4.645
supplétif d'acte de
Mariage concernant
KONAN KOUASSI
& LOUKOU AMANI



MAIRIE D'ABIDJAN
BUREAUX ANNEXES
POUR COPIE CONFORME A L'ORIGINAL
ABIDJAN, le 24 Novembre 1961
Le Maire,
Délégué

AUDIENCE PUBLIQUE DU SEPTEMBRE 1961

MATIERE CIVILE

DEMANDEUR !

OBJET DE LA DEMANDE

Requête écrite en date du sans.
tendant à l'établissement d'un jugement suppletif
d'acte de Mariage.

TEMOINS

1/- KOUADIO KOUAME - 57 ans - planteur   Abidjan
2°/ KOFFI NEFFOU  - 59 ans - planteur   à Abidjan

PIECES FOURNIES :

Une demande de jugement supplétif d'acte de Mariage.

Entendus { serment prêté selon la coutume, et
         { sans serment

avertis des sanctions qu'entraine le faux témoignage,
les témoins ont déclarés

Ier Témoin : KONAN KOUASSI, s'est marié à Abidjan
             Treichville, en Mars mil neuf cent
             cinquante neuf à la femme nommée
             LOUKOU AMANI

2° Témoin :                -d°-

LE TRIBUNAL

Vu la requête de KONAN KOUASSI
Vu l'arrêté du 29 Mai 1933, réglementant l'état civil indigène;
Attendu qu'il résulte de l'enquête à laquelle il a été procédé la
preuve des faits énoncés en ladite requête.

Déclare que KONAN KOUASSI, coutume Baoulé, profession Sodronnier
domicile Abidjan, né à ABIDJAN en 1931, fils de Feu KOUASSI KONAN
et de Feue KOFFI N'GUESSAN, a contracté mariage suivant la coutume
Agni, à ABIDJAN, en Mars 1959, avec LOUKOU AMANI, coutume Agni, née
ABIDJAN, en 1941 fille de N'DAH KOUAKOU et de ASSOUROU AMAN, profes-
sion ménagère, domiciliée à ABIDJAN.

DOT VERSEE :  30.000 FRANCS

.../...

   Ordonne que le présent jugement tiendra lieu de MARIAGE et sera transcrit sur les régistres de l'état civil africain de la Subdivision de ABIDJAN, pour l'année courante et pour l'année 1959, ainsi que sur le double de ce dernier régistre déposé au Greffe du Tribunal supérieur de droit local de ABIDJAN.

   Fait à ABIDJAN, les jour, mois et an que dessus.

Le Secrétaire :  
AMARI M.

         Le Président :  
         Signé: C. POLNEAU